# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMIE HAGER

NO. 2023 KW 0812

**NOVEMBER 20, 2023**

---

In Re:     Jamie Hager, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           278194-1.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                          JMG
                          WRC
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT